UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CRAIG LEXA,

    Plaintiff,

v.

ENCORE CAPITAL GROUP d/b/a MIDLAND CREDIT MANAGEMENT, INC d/b/a MIDLAND FUNDING, LLC, and EQUIFAX INFORMATION SERVICES, LLC.

    Defendants.

Case No. 9:22-CV-80440-RS

**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC**

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC.

COMES NOW, CRAIG LEXA, and hereby notifies the Court that the Plaintiff CRAIG LEXA and EQUIFAX have reached a settlement in principle as to Plaintiff's allegations against EQUIFAX, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant EQUIFAX. Plaintiff's claims as to the remaining Defendants remain before the Court. Plaintiff requests that the Court vacate all pending deadlines in this matter as to EQUIFAX only. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted, this 20th day of December 2022.

*s/ Nirav A. Desai*
William J. Roe, Esq.
Florida Bar No.: 85337
Nirav A. Desai, Esq.
Florida Bar No.: 93202
LAW OFFICE OF WILLIAM J. ROE, P.A.
17971 Biscayne Blvd. Ste. 214
Aventura, FL 33160
Office: (786) 332-6323
Fax: (786) 233-9562
Primary Eservice: wjroe@wjroelaw.com
Secondary Eservice: ndesai@wrjoelaw.com

*Attorneys for Plaintiff*
*CRAIG LEXA*

## **CERTIFICATE OF SERVICE**

This is to certify that on December 20, 2022 a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Nirav A. Desai*
Nirav A. Desai

*Counsel for Plaintiff CRAIG LEXA*